UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRISTOPHER KELLY, )<br>Defendant )<br>) | No. 1:21-cr-53-PB-01<br><br>Bank Robbery<br>18 U.S.C. § 2113(a), (d) |

# INDICTMENT

The Grand Jury charges:

## Count One
[18 U.S.C. § 2113(a) – Bank Robbery]

On or about September 11, 2020, in the District of New Hampshire, the defendant,

**CHRISTOPHER KELLY**,

by force, violence, and intimidation, intentionally took from the person or the presence of another, money belonging to and in the care, custody, control, management, and possession of Citizens Bank at 11 Milton Road, Rochester, New Hampshire, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

## Count Two
[18 U.S.C. § 2113(a) – Bank Robbery]

On or about September 21, 2020, in the District of New Hampshire, the defendant,

**CHRISTOPHER KELLY**,

by force, violence, and intimidation, intentionally took from the person or the presence of another, money belonging to and in the care, custody, control, management, and possession of Citizens Bank at 11 Milton Road, Rochester, New Hampshire, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

**Count Three**
[18 U.S.C. § 2113(a) – Bank Robbery]

On or about October 9, 2020, in the District of New Hampshire, the defendant,

**CHRISTOPHER KELLY**,

by force, violence, and intimidation, intentionally took from the person or the presence of another, money belonging to and in the care, custody, control, management, and possession of Citizens Bank at 1 North Main Street, Rochester, New Hampshire, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

## **NOTICE OF FORFEITURE**

Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant 18 U.S.C. § 981 (a)(1)(C) & 28 U.S.C. § 2461, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offense.

A TRUE BILL

Dated:  March 29, 2021

/s Foreperson of the Grand Jury
Foreperson of the Grand Jury

JOHN J. FARLEY
Acting United States Attorney


By: /s/ Anna Z. Krasinski
    Anna Z. Krasinski
    Assistant U.S. Attorney