# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Cr. No. 1:21-cr-**53-PB-01 |
| ) | |
| **CHRISTOPHER KELLY** ) | |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 29th day of March, 2021.

This 29th day of March 2021.

JOHN J. FARLEY
Acting United States Attorney

/s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney

WARRANT ISSUED: _____